cused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

UNITED STATES of America, Plaintiff–Appellee

v.

dance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Mustafa–Bernabe has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America, Plaintiff–Appellee**

**v.**

**Ysrael MUSTAFA–BERNABE, Defendant–Appellant.**

**No. 07–20119 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

June 22, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

James M. Sims, for Defendant–Appellant.

Before JOLLY, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ysrael Mustafa–Bernabe has moved for leave to withdraw and has filed a brief in accor-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

**UNITED STATES of America, Plaintiff–Appellee**

**v.**

**Maurice HAMMOND, Defendant–Appellant.**

**No. 09–60612 Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

June 22, 2010.

the limited circumstances set forth in 5TH CIR R. 47.5.4.